# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID ELMORE,** <br><br> Plaintiff, <br><br> v. <br><br> **HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, et al.,** <br><br> Defendants. | Case No.: CV 18-08903-CJC(JCx) <br><br> **JUDGMENT** |

Plaintiff David Elmore brings this action against Defendant Hartford Life and Accident Insurance Company. The Court granted Defendant's motion for summary judgment on January 6, 2019 after holding a hearing. (Dkt. 27.) In light of that, the Court hereby **ORDERS** that:

/ / /

/ / /

-1-

1. Plaintiff shall take nothing on his complaint against Defendant;
2. Judgment is hereby entered in favor of Defendant and against Plaintiff.

DATED:     January 14, 2020

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE